# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | No. 3:16-CR-25-CAR |
| **LUIS ALBERTO PELAYO** and : | |
| **ALFREDO RODRIGUEZ GARCIA,** : | |
| : | |
| **Defendants** : | |
| : | |

## ORDER ON GOVERNMENT'S MOTION TO DISMISS INDICTMENT

Before the Court is the Government's Motion to Dismiss the above-styled Indictment against Defendants Luis Alberto Pelayo and Alfredo Rodriguez Garcia pursuant to Federal Rule of Criminal Procedure 48(a). On August 10, 2016, Defendants were indicted in a two-count indictment. The Government states that Defendants moved to Mexico in 2015, and their exact locations remain unknown.

The Court finds good cause to grant the Government's request. Accordingly, the Court **GRANTS** the Government's Motion to Dismiss [Doc. 105] and hereby **ORDERS** the pending Indictment in Case No. 3:16-CR-25-CAR against Defendants Luis Alberto Pelayo and Alfredo Rodriguez Garcia to be **DISMISSED**.

**SO ORDERED,** this 15th day of March, 2023.

S/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT